ENTERED ON DOCKET 10/22/96 PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

99 OCT 22 AM 8:11 RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

MOISES VELEZ CARRERO,

    Petitioner

v.      Civ. No. 98-1700(PG)
    (Cr. No. 94-199(PG))

UNITED STATES OF AMERICA,

    Respondent

## J U D G M E N T

The Court having entered an order approving and adopting the magistrate judge's report and recommendation, and having dismissed petitioner's motion to vacate sentence under 28 U.S.C. § 2241(c)(3), it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, October 19, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



(2)
AO 72A
(Rev.8/82)